# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **RICHARD V. MITCHELL,** | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:09-CV-356(HL) |
| **WELLS FARGO BANK, NA,** | : | |
| Defendant. | : | |

## ORDER

The parties appeared before the Court on April 7, 2010 for a show cause hearing. This Order will memorialize the Court's statements made from the bench during the hearing.

No later than April 16, 2010, Defendant is ordered to provide copies of the note, mortgage, assignment, and/or any other documents which show that Defendant is properly in possession of the note and mortgage executed by Plaintiff relating to the property in question.[1]

Plaintiff is to review those documents once he receives them. He is then ordered to contact the Court no later than April 23, 2010 and inform the Court of his position regarding moving forward with the case.

---

[1] According to a Certificate of Service (Doc. 14) filed by counsel for Defendant, copies of a First Mortgage Security Deed, Adjustable Rate Rider, Adjustable Rate Note, Interest-Only Addendum to Adjustable Rate Promissory Note; Assignment to Wells Fargo Bank, N.A., and Recorded Deed Under Power were sent to Plaintiff by certified and first class United States Mail on April 8, 2010.

**SO ORDERED**, this the 12th day of April, 2010.

                                        *s/   Hugh Lawson*
                                        **HUGH LAWSON, SENIOR JUDGE**

mbh